```
                                                           FILED
1  KEVIN V. RYAN (CASBN 118321)                          MAY 2 5 2006
   United States Attorney
2
                                                       RICHARD W. WIEKING
3  EUMI CHOI (WVSBN 0722)                             CLERK, U.S. DISTRICT COURT
   Chief, Criminal Division                          NORTHERN DISTRICT OF CALIFORNIA
4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5       450 Golden Gate Avenue
        San Francisco, California 94102
6       Telephone: (415) 436-7168

7  Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0149 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES MOTION AND STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE MOTION SCHEDULE AND MOTION DATE |
| JOSE ISAIS-CABRERA, et al. | ) | |
| Defendants. | ) | |

The parties stipulate and agree that the motions hearing date set for June 6, 2006 should be continued to July 19, 2006 so that the government can have sufficient time to respond to the motions filed, that the defendants have sufficient time to respond, and the Court can have enough time to study the parties papers. The parties further stipulate and agree that the government should respond by May 30, 2006 and the defendants shall reply by June 21, 2006. Time under the Speedy Trial Act is excluded because of the pending motions. 18 U.S.C. §3161(h)(1)(F).

.DATED: May 23, 2006.

                                              Respectfully submitted,

                                              KEVIN V. RYAN
                                              United States Attorney

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-70116 MHP                    1

1
2
3
4
5

EUMI CHOI
Chief, Criminal Division

C. DAVID HALL
Assistant United States Attorney

6  FRANK BELL
   Attorney for Carlos Aguayo
7
8
9  WILLIAM GOODMAN
   Attorney for Omar Quintero Cornelio
10
11 PETER GOODMAN
   Attorney for Luis Alfonso Elvir
12
13
14 V. ROY LEFCOURT
   Attorney for Aide Segura Garcia
15
16 DORAN WEINBERG
   Attorney for Silvia Romero
17
18
19
20
21 IT IS SO ORDERED
   DATED: 5/24/06
22
23
24 MARILYN HALL PATEL
   United States District Court Judge
25
26
27
28

STEVE EMORY TEICH
Attorney for Jose Isais-Cabrera

PAUL DENNISON
Attorney for Rene Hernandez

BRIAN BERSON
Attorney for Roberto Moreno

IAN LOVESETH
Attorney for Patricia Serrano

HARRY C. SINGER
Attorney for Maria Guadalupe-Torres

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-70116 MHP            2

|  |  |
|---|---|
| | EUMI CHOI<br>Chief, Criminal Division<br><br>_/s/ C. David Hall_<br>C. DAVID HALL<br>Assistant United States Attorney |
| _/s/ Frank Bell_<br>FRANK BELL<br>Attorney for Carlos Aguayo | STEVE E. TEICH<br>Attorney for Jose Isais-Cabrera |
| WILLIAM GOODMAN<br>Attorney for Omar Quintero Cornelio | PAUL DENNISON<br>Attorney for Rene Hernandez |
| PETER GOODMAN<br>Attorney for Luis Alfonso Elvir | BRIAN BERSON<br>Attorney for Roberto Moreno |
| V. ROY LEFCOURT<br>Attorney for Aide Segura Garcia | IAN LOVESETH<br>Attorney for Patricia Serrano |
| DORAN WEINBERG<br>Attorney for Silvia Romero | HARRY C. SINGER<br>Attorney for Maria Guadalupe-Torres |

IT IS SO ORDERED
DATED:

_____
MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL                              2

| | |
|---|---|
| 1 | |
| 2 | EUMI CHOI<br>Chief, Criminal Division |
| 3 | |
| 4 | C. DAVID HALL<br>Assistant United States Attorney |
| 5 | |
| 6 | FRANK BELL                          STEVE E. TEICH |
| 7 | Attorney for Carlos Aguayo          Attorney for Jose Isais-Cabrera |
| 8 | |
| 9 | WILLIAM GOODMAN                     PAUL DENNISON |
|   | Attorney for Omar Quintero Cornelio Attorney for Rene Hernandez |
| 10 | |
| 11 | PETER GOODMAN                       BRIAN BERSON |
|   | Attorney for Luis Alfonso Elvir     Attorney for Roberto Moreno |
| 12 | |
| 13 | |
| 14 | V. ROY LEFCOURT                     IAN LOVESETH |
|   | Attorney for Aide Segura Garcia     Attorney for Patricia Serrano |
| 15 | |
| 16 | DORAN WEINBERG                      HARRY C. SINGER |
|   | Attorney for Silvia Romero          Attorney for Maria Guadalupe-Torres |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | IT IS SO ORDERED<br>DATED: |
| 22 | |
| 23 | |
| 24 | MARILYN HALL PATEL<br>United States District Court Judge |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL                    2

```
                                            EUMI CHOI
                                            Chief, Criminal Division

                                            [signature]
                                            C. DAVID HALL
                                            Assistant United States Attorney


FRANK BELL                                  LIDIA S. STIGLICH
Attorney for Carlos Aguayo                  Attorney for Jose Isais-Cabrera


WILLIAM GOODMAN                             PAUL DENNISON
Attorney for Omar Quintero Cornelio         Attorney for Rene Hernandez


PETER GOODMAN                               BRIAN BERSON
Attorney for Luis Alfonso Elvir             Attorney for Roberto Moreno


[signature]
V. ROY LEFCOURT                             IAN LOVESETH
Attorney for Aide Segura Garcia             Attorney for Patricia Serrano


DORAN WEINBERG                              HARRY C. SINGER
Attorney for Silvia Romero                  Attorney for Maria Guadalupe-
                                            Torres
```

IT IS SO ORDERED
DATED:


MARILYN HALL PATEL
United States District Court Judge


STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL         2

EUMI CHOI
Chief, Criminal Division

/s/ C. David Hall

C. DAVID HALL
Assistant United States Attorney

---

FRANK BELL
Attorney for Carlos Aguayo

Steve E. TEICH
Attorney for Jose Isais-Cabrera

---

WILLIAM GOODMAN
Attorney for Omar Quintero Cornelio

PAUL DENNISON
Attorney for Rene Hernandez

---

PETER GOODMAN
Attorney for Luis Alfonso Elvir

BRIAN BERSON
Attorney for Roberto Moreno

---

V. ROY LEFCOURT
Attorney for Aide Segura Garcia

IAN LOVESETH
Attorney for Patricia Serrano

---

/s/ Doran Weinberg
DORAN WEINBERG
Attorney for Silvia Romero

HARRY C. SINGER
Attorney for Maria Guadalupe-Torres

---

IT IS SO ORDERED
DATED:

MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL                   2

```
 1
 2                                      EUMI CHOI
                                        Chief, Criminal Division
 3
                                        /s/ C. David Hall
 4                                      C. DAVID HALL
                                        Assistant United States Attorney
 5
                                        /s/ Steve E. Teich
 6   FRANK BELL                         STEVE E. TEICH
     Attorney for Carlos Aguayo         Attorney for Jose Isais-Cabrera
 7

 8
     WILLIAM GOODMAN                    PAUL DENNISON
 9   Attorney for Omar Quintero Cornelio Attorney for Rene Hernandez

10

11   PETER GOODMAN                      BRIAN BERSON
     Attorney for Luis Alfonso Elvir    Attorney for Roberto Moreno
12

13
     V. ROY LEFCOURT                    IAN LOVESETH
14   Attorney for Aide Segura Garcia    Attorney for Patricia Serrano

15

16   DORAN WEINBERG                     HARRY C. SINGER
     Attorney for Silvia Romero         Attorney for Maria Guadalupe-
17                                      Torres

18

19

20
     IT IS SO ORDERED
21   DATED:

22

23
     MARILYN HALL PATEL
24   United States District Court Judge

25

26

27

28
     STIP. AND [PROPOSED] ORDER
     CASE NO. 3-01-30007 EDL                        2
```

|   |   |
|---|---|
| | EUMI CHOI<br>Chief, Criminal Division<br><br>C. DAVID HALL<br>Assistant United States Attorney |
| FRANK BELL<br>Attorney for Carlos Aguayo | STEVE E. TEICH<br>Attorney for Jose Isais-Cabrera |
| WILLIAM GOODMAN<br>Attorney for Omar Quintero Cornelio | PAUL DENNISON<br>Attorney for Rene Hernandez |
| PETER GOODMAN<br>Attorney for Luis Alfonso Elvir | BRIAN BERSON<br>Attorney for Roberto Moreno |
| V. ROY LEFCOURT<br>Attorney for Aide Segura Garcia | IAN LOVESETH<br>Attorney for Patricia Serrano |
| DORAN WEINBERG<br>Attorney for Silvia Romero | HARRY C. SINGER<br>Attorney for Maria Guadalupe-Torres |

IT IS SO ORDERED
DATED:

MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL                    2

EUMI CHOI
Chief, Criminal Division

*/s/ C. David Hall*
C. DAVID HALL
Assistant United States Attorney

---

FRANK BELL
Attorney for Carlos Aguayo

STEVE E. TEICH
Attorney for Jose Isais-Cabrera

WILLIAM GOODMAN
Attorney for Omar Quintero Cornelio

PAUL DENNISON
Attorney for Repe Hernandez

PETER GOODMAN
Attorney for Luis Alfonso Elvir

BRIAN BERSON
Attorney for Roberto Moreno

V. ROY LEFCOURT
Attorney for Aide Segura Garcia

IAN LOVESETH
Attorney for Patricia Serrano

DORAN WEINBERG
Attorney for Silvia Romero

HARRY C. SINGER
Attorney for Maria Guadalupe-Torres

IT IS SO ORDERED
DATED:

MARILYN HALL PATEL
United States District Court Judge

---

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL          2

EUMI CHOI
Chief, Criminal Division

_____
C. DAVID HALL
Assistant United States Attorney

_____
FRANK BELL
Attorney for Carlos Aguayo

_____
STEVE E. TEICH
Attorney for Jose Isais-Cabrera

_____
WILLIAM GOODMAN
Attorney for Omar Quintero Cornelio

_____
PAUL DENNISON
Attorney for Rene Hernandez

_____
PETER GOODMAN
Attorney for Luis Alfonso Elvir

_____
BRIAN BERSON
Attorney for Roberto Moreno

_____
V. ROY LEFCOURT
Attorney for Aide Segura Garcia

_____
IAN LOVESETH
Attorney for Patricia Serrano

_____
DORAN WEINBERG
Attorney for Silvia Romero

_____
HARRY C. SINGER
Attorney for Maria Guadalupe-Torres

IT IS SO ORDERED
DATED:

_____
MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL            2

```
                                    EUMI CHOI
                                    Chief, Criminal Division

                                    [signature]
                                    C. DAVID HALL
                                    Assistant United States Attorney


_____         _____
FRANK BELL                          STEVE E. TEICH
Attorney for Carlos Aguayo          Attorney for Jose Isais-Cabrera


_____         _____
WILLIAM GOODMAN                     PAUL DENNISON
Attorney for Omar Quintero Cornelio Attorney for Rene Hernandez


_____         _____
PETER GOODMAN                       BRIAN BERSON
Attorney for Luis Alfonso Elvir     Attorney for Roberto Moreno


_____         _____
V. ROY LEFCOURT                     IAN LOVESETH
Attorney for Aide Segura Garcia     Attorney for Patricia Serrano

                                    [signature]
_____         _____
DORAN WEINBERG                      HARRY C. SINGER
Attorney for Silvia Romero          Attorney for Maria Guadalupe-
                                    Torres
```

IT IS SO ORDERED
DATED:

_____
MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. 3-01-30007 EDL                     2