1  FRANK BELL, SBN 038955
   Attorney at Law
2  303 Bradford Street, Suite C
   Redwood City, CA 94063-1529
3  Facsimile: (650) 366-8987

4  Attorney For Defendant
   CARLOS AGUAYO

**FILED**

JUL 18 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE ISAIS-CABRERA, et al.<br>[CARLOS AGUAYO]<br><br>　　　　Defendants.<br>_____/ | CR No. 05-00149 MHP<br><br>**STIPULATION AND ORDER TO PROVIDE ACCESS TO TAPES AND RECORDINGS TO DEFENDANT CARLOS AGUAYO, BOOKED AT JAIL AS JUAN VILLAGOMEZ** |

JUAN VILLAGOMEZ, ULA297, is in custody of the United States Marshal and he is housed at the Glen Dyer Facility, North County Jail, 550 6th Street, Oakland, California. He is the defendant charged in this matter as CARLOS AGUAYO.

Previous to this stipulation, discovery coordinator Jim Davis, had made arrangements with the court to have essential documents in the case translated into the Spanish language for defendants who do not read or understand

**STIP AND ORDER RE ACCESS TO TAPES AND RECORDER**　　　　　　　　　　　　1

1  English very well, if at all.  These tapes, and equipment to
2  listen to them, were to be provided to defendants CARLOS
3  AGUAYO, aka Juan Villagomez, Jose Isais-Cabrera and Faustino
4  Aguayo, a defendant in another related case, all of whom are
5  also in custody at the North County Jail.  Based upon
6  numerous conversations that he had with jail personnel about
7  the matter, Mr. Davis was assured that the three defendants,
8  including JUAN VILLAGOMEZ, charged in this case as CARLOS
9  AGUAYO, were to get access to the tapes and equipment to
10 review them.
11     Counsel for JUAN VILLAGOMEZ has now learned that,
12 apparently because of a change of personnel at the jail, his
13 client is not being provided with access to the tapes or
14 equipment to listen to them.  Before access can be granted,
15 an order of the court is required. Wherefore,
16     IT IS HEREBY STIPULATED by and between the parties,
17 that the person charged herein as CARLOS AGUAYO, also known
18 as and booked as JUAN VILLAGOMEZ, ULA297, be given access to
19 the Spanish language tapes and equipment to review them, by
20 the Sheriff of Alameda County and the personnel of the Glen
21 Dyer Facility, North County Jail.
22
23 Dated: June 30, 2006
24                                  FRANK BELL
                                    Attorney for Defendant
25                                  CARLOS AGUAYO, aka
                                    Juan Villagomez
26
27
28 **STIP AND ORDER RE ACCESS TO TAPES AND RECORDER**                  2

```
 1
 2
 3   Dated: July 5, 2006                    _____
                                            DAVID HALL
 4                                          Asst. United States Attorney
                                            Attorney for Plaintiff
 5   Good cause appearing:
 6
 7       IT IS ORDERED that the personnel of the Glen Dyer
 8   permit CARLOS AGUAYO, booked at the jail as JUAN VILLAGOMEZ,
 9   ULA297, be permitted access to the recorded Spanish language
10   translations of essential documents in the case and
11   equipment to listen to the recordings.
12
13   Dated:
         July 18, 2006                      _____
14                                          HON. MARILYN H. PATEL
                                            U.S. District Judge
15
...
28   STIP AND ORDER RE ACCESS TO TAPES AND RECORDER              3
```