BRIAN P. BERSON, ESQ.
235 Montgomery St., Suite 625
San Francisco, CA 94104
State Bar No. 130249
Telephone No.: (415) 788-2707
Facsimile No.: (415) 392-5275

Counsel for Defendant **ROBERTO MORENO**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERTO MORENO, et al. <br><br> Defendants. | NO. CR 05-149 MHP <br><br> **UNOPPOSED MOTION TO CONTINUE BRIEFING SCHEDULE AND HEARING** |

Counsel for Defendants Luis Alfonso Elvir, Carlos Aguayo (aka Juan Villa Gomez) and Roberto Moreno jointly request that the briefing schedule and hearing date regarding an anticipated joint motion to suppress the wiretap of November 2, 2004, be continued for 45 days. Counsel for the government, AUSA Hall, has been contacted and has no objection to this motion.

The current briefing schedule calls for the motion to be filed on September 18, 2006, the government's opposition on October 2, 2006, and the defendants' reply on October 9, 2006. The hearing on the anticipated motion is currently scheduled to occur on October 30, 2006. The defendants move to continue each

1

1  of these dates approximately 45 days as follows: motion to
2  suppress to be filed on October 30, 2006, the government's
3  opposition on November 13, 2006, the defendants' reply on November
4  20, 2006, and the hearing on the anticipated motion on December
5  11, 2006.
6     This continuance is needed due to work product-protected
7  matters – which, if called upon, can be disclosed to the Court in
8  camera – which resulted in the requested extra time being
9
10 necessary for effective preparation of the pleadings. The above-
11 named defendants and government counsel all agree that the
12 complexity of the case and the time necessary for effective
13 preparation, taking into account the exercise of due diligence,
14 call for the Speedy Trial clock to be tolled because the ends of
15
16 justice served by the granting of the continuance outweigh the
17 best interests of the public and the defendants in a speedy trial.
18 18 U.S.C. Sec. 3161(h)(8)(A)(B)(iv).

21 DATED: September 15, 2006         Respectfully submitted,

                                     /S/
                                     _____
                                     Brian H. Berson
                                     Attorney for Roberto Moreno

                                     _____
                                     Peter Goodman
                                     Attorney for Luis Alfonso Elvir

1
2   Frank Bell
    Attorney for Carlos Aguayo
3
4   No objection,
5
6   /s/
    David Hall
7   AUSA
8
                              **ORDER**
9
10      GOOD CAUSE APPEARING, AND FOR THE ABOVE STATED REASONS, IT
11  IS HEREBY ORDERED that the motion to continue the briefing
12  schedule and hearing is granted. Defendants' brief is now due on
13  October 30, 2006, the government's opposition is due on November
14  13, 2006, and the defendants' reply is due on November 20, 2006.
15  The hearing on this matter will be held on December 11, 2006.
16
17
18
19  **SO ORDERED** 9/21/2006
20


IT IS SO ORDERED
Judge Marilyn H. Patel