1   FRANK BELL, SBN 038955
A Law Corporation
2   333 Bradford Street, Suite 270
Redwood City, CA 94063
3   Facsimile: (650) 366-8987

4   Attorney For Defendant
CARLOS AGUAYO

5

6

7

               UNITED STATES DISTRICT COURT

8

            NORTHERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,

                     CR No. 05-00149 MHP
12          Plaintiff,

13     v.                  **STIPULATION AND**
                     ~~**PROPOSED**~~ **ORDER TO**
14                      **CONTINUE STATUS**
                     **HEARING OF APRIL 21,**
15   JOSE ISAIS-CABRERA, et al.   **2008**
[CARLOS AGUAYO]
16
            Defendants.
17
_____/
18     WHEREAS defense counsel have been asked by the

19 government's counsel, AUSA David Hall, to agree to a one

20 week continuance of the status hearing presently set for

21 April 21, 2008 at 11:00 a.m. to April 28, 2008 at 11:00 am

22 because Mr. Hall, due to the press of business and

23 unavailability because of his out of District assignment

24 during the week of April 14, 2008;

25     WHEREAS, on behalf of Mr. Hall, Frank Bell, attorney for

26 Carlos Aguayo, has contacted all counsel and obtained their

27

28   **CARLOS AGUAYO JOINDER**                    1

agreement and authority to sign a stipulation to that effect;

IT IS HEREBY STIPULATED by and between all parties that the status hearing now set for Monday, April 21, 2008 at 11:00 am can be continued for one week to April 28, 2008 at 11:00 am.

Dated: April 17, 2008          _____/s/_____
DAVID HALL
Asst. U.S. Attorney

Dated: April 17 2008           _____/S/_____
FRANK BELL
Attorney for Defendant

Dated: April 17, 2008          _____/s/_____
IAN LOVESETH
Attorney for Defendant

Dated: April 17, 2007          _____/s/_____
BRIAN BERSON
Attorney for Defendant

Dated: April 17, 2008          _____/s/_____
STEVE TEICH
Attorney for Defendant

Dated: April 17, 2008          _____/s/_____
HARRY SINGER
Attorney for Defendant

Dated: April 17, 2008          _____/s/_____
MICHAEL GAINES
Attorney for Defendant

Dated: April 17, 2007          _____/s/_____
JEFFREY GLENN
Attorney for Defendant

IT IS SO ORDERED:

Dated: 4/17/2008          _____
MARILYN H. PATEL
U.S. District Judge

**CARLOS AGUAYO JOINDER**          2