1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5           450 Golden Gate Avenue
            San Francisco, California 94102
6           Telephone: (415) 436-7168

7  Attorneys for the Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )    No. CR 05-0149 MHP
11                                  )
            Plaintiff,               )
12                                  )
            v.                       )
13                                  )    UNITED STATES MOTION AND
                                    )    STIPULATION AND
14                                  )    ~~PROPOSED~~ ORDER CONTINUING
   JOSE ISAIS-CABRERA, et al.       )    THE STATUS DATE
15                                  )
            Defendants.              )
16  _____ )\

17

18

19      The parties stipulate and agree that the status hearing date set for April 28, 200 should be

20  continued to June 2, 2008 so that the parties can continue their work towards a resolution of the

21  matter.  Time under the Speedy Trial Act has previously been excluded to the scheduled trial date

22  of August 5, 2008, the Court having found the ends of justice are best served by such

23  continuance so that continuity of counsel can be maintained and such continuity outweigh the

24  //

25  //

26  //

27  //

28

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0149 MHP            1

best interests of public and defendants in a speedy trial. 18 U.S.C. 3161.

.DATED: April 24, 2008.

                                     Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     BRIAN J. STRETCH
                                     Chief, Criminal Division

                                       /s/
                                     C. DAVID HALL
                                     Assistant United States Attorney

/s/                                      /s/
FRANK BELL                       STEVE EMORY TEICH
Attorney for Carlos Aguayo        Attorney for Jose Isais-Cabrera

/s/                                        /s/
JEFFRY M. GLENN                HARRY C. SINGER
Attorney for Omar Quintero Cornelio   Attorney for Maria Guadalupe-Torres

/s/
BRIAN P, BERSON
Attorney for Roberto Moreno


IT IS SO ORDERED

DATED: 4/25/2008

_____
MARILYN HALL PATEL
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0149 MHP           2