JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7168

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOSE ISAIS-CABRERA, et al. ) <br> ) <br> Defendants. ) <br>_____) \ | No. CR 05-0149 MHP <br><br> UNITED STATES MOTION AND STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE STATUS DATE |

     The parties stipulate and agree that the status hearing date set for June 2, 2008 should be continued to July 7, 2008 so that the parties can continue their work towards a resolution of the matter.  Time under the Speedy Trial Act has previously been excluded to the scheduled trial date of August 5, 2008, the Court having found the ends of justice are best served by such continuance so that continuity of counsel can be maintained and such continuity outweigh the

//
//
//
//

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0149 MHP        1

1  best interests of public and defendants in a speedy trial. 18 U.S.C. 3161.

3  .DATED: May 31, 2008

4                                              Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
   United States Attorney

6
7                                              BRIAN J. STRETCH
   Chief, Criminal Division

9          /s/
   C. DAVID HALL
   Assistant United States Attorney

12  /s/                                        /s/
   FRANK BELL                                  STEVE EMORY TEICH
   Attorney for Carlos Aguayo                  Attorney for Jose Isais-Cabrera

14  /s/                                        /s/
   JEFFRY M. GLENN                             HARRY C. SINGER
15 Attorney for Omar Quintero Cornelio        Attorney for Maria Guadalupe-Torres

17  /s/                                        /s/
   BRIAN P, BERSON                             MICHAEL GAINES
   Attorney for Roberto Moreno                 Attorney for Jose Campos-Garcia

20  /s/
   IAN LOVESTH
   Attorney for Patricia Serrano

23  IT IS SO ORDERED

24  DATED:  May 30, 2008

27  MARILYN HALL PATEL
   United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0149 MHP                       2

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*