JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7168

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>JESUS ISAIS-CABRERA,<br>ROBERTO MORENO, and<br>CARLOS AGUAYO<br><br>    Defendants. | No. CR 05-0149 MHP<br><br><br><br>UNITED STATES MOTION AND STIPULATION AND [~~PROPOSED~~] ORDER RE-SETTING SENTENCING HEARING |

    The Court has set sentencing hearings for the above entitled defendants for November 19, 2008, at 9 a.m.  The undersigned government counsel will be in jury selection before Judge Alsup in the case of United States v. Fort, CR 05-0167 WHA, on November 19 and the remainder of that week from the hours of 7:30 a.m. to 1 p.m.  The government can send another counsel to this Court for the sentencing hearing, but that counsel will not be fully conversant in the status with all defendants.  Therefore, the government moves to continue the hearings one

//
//
//
//
//

MOTION

1 | day to November 20, 2008 at 2:00 p.m.

3 | DATED: November 17, 2008              Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____/s/_____
                                         C. DAVID HALL
                                         Assistant United States Attorney




                                         _____/s/_____
                                         STEVE TEISCH
                                         Attorney for Mr. Isais-Cabrera




                                         _____/s/_____
                                         BRIAN BERSON
                                         Attorney for Mr. Moreno




                                         _____/s/_____
                                         FRANK BELL
                                         Attorney for Mr. Aguayo

MOTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ISAIS-CABRERA,<br>ROBERTO MORENO,<br>CARLOS AGUAYO,<br><br>　　　　Defendants. | No. CR 05-0149 MHP<br><br><br>~~(PROPOSED)~~ ORDER |

　　GOOD CAUSE APPEARING, the Court finds that:

　　The ends of justice are served by resetting the sentencing hearings for the above entitled matter to have the assigned government counsel present from November 19, 2007 to November 20, 2008, at 2 p.m..

SO ORDERED.

DATED: __11/18____, 2008

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARILYN H. PATEL
　　　　　　　　　　　　　　　United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER